# IN THE SUPREME COURT OF PENNSYLVANIA

OFFICE OF DISCIPLINARY COUNSEL, : No. 2646 Disciplinary Docket No. 3
 :
              Petitioner : No. 151 DB 2019
 :
           v. : Attorney Registration No. 28734
 :
JAMES ROBERT PROTASIO, : (Lycoming County)
 :
            Respondent :

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of April, 2020, upon consideration of the Verified Statement of Resignation, James Robert Protasio is disbarred on consent from the Bar of this Commonwealth, *see* Pa.R.D.E. 215, and he shall comply with the provisions of Pa.R.D.E. 217. Respondent shall pay costs to the Disciplinary Board pursuant to Pa.R.D.E. 208(g).